652

Ole Pedersen, appellee, v. City of Chicago, appellant. Gen. No. 32,395.

Opinion filed July 10, 1928.

Samuel A. Ettelson, Corporation Counsel, William D. Saltiel, City Attorney, and Arthur Donoghue, Assistant City Attorney, for appellant; Cora B. Hirtzel and Edward P. Madigan, Assistant Corporation Counsel, of counsel. Philip Rosenthal and Stuart B. Krohn, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Leo E. Burr, appellee, v. W. E. Schofield, appellant. Gen. No. 32,437.

Barnes, J., dissents. Opinion filed July 10, 1928.

McGilvray, Eames, Vaughan & Tilley, for appellant; Franklin E. Vaughan, of counsel. S. L. & Fred Lowenthal and Harry P. Munns, for appellee; Harry P. Munns, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Hans Schwenneke, appellee, v. Globe Paper Box Company, appellant. Gen. No. 32,460.

Opinion filed July 10, 1928.

Alfred Beck, for appellant. Rothbart & Lewis, for appellee; Wharton Plummer, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Arthur W. Bahr, plaintiff in error, v. Alfon E. Bahr and Alfon E. Bahr & Company, defendants in error. Gen. No. 32,469.

Opinion filed July 10, 1928.

Bangs & Frankhauser, for plaintiff in error; Wendell McHenry, of counsel. Devenish & Luebeck and William H. Holly, for defendants in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.